| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JORDAN B. THURMAN, | ) | Case No. 15-10580 |
| COURTNEY R. THURMAN, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| J. MICHAEL MORRIS, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No.   15-5068 |
| | ) | |
| HSBC BANK NEVADA, NA, | ) | |
| PITTSBURG YAMAHA, | ) | |
| CAPITAL ONE/YAMAHA, and | ) | |
| CAVALRY SPV 1, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT TO AVOID UNPERFECTED SECURITY INTEREST

The trustee for his complaint states:

1. He is the duly qualified and acting trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §157.

3. This adversary action relates to <u>In re: Jordan B. and Courtney R. Thurman</u>, Case No. 15-10580 pending in the United States Bankruptcy Court, District of Kansas.

4. This is a core proceeding pursuant to 28 U.S.C. §157.

5. The above bankruptcy case was filed on March 25, 2015 under Chapter 7 of Title 11 U.S.C.

6. On or about March 24, 2009 the debtors entered into an agreement with defendant Pittsburg Yamaha to purchase a 2009 Yamaha ATV. The debtors granted the seller and/or its assignee a lien in such ATV at that same time.

23E0452.DOC

7. The lien in the ATV was not perfected prior to or as of the filing of the bankruptcy.

8. The trustee may therefore avoid the lien pursuant to 11 U.S.C. §544(a).

9. The schedules list defendant Capital One as assignee, and debtors' counsel reports the same is shown on the debtors' credit report.

10. HSBC Bank Nevada, N.A. ("HSBC") is named as a defendant because the Manufacturer's Certificate of Origin signed over to the debtors at purchase, lists HSBC as lienholder.

11. Cavalry SPV 1, LLC is listed as defendant because debtors' counsel reports this entity contacted him post-petition asserting a lien in the ATV.

WHEREFORE, the trustee requests an order as set out above; for interest; costs ($350.00); and for such other and further relief as the Court deems just.

KLENDA AUSTERMAN LLC
301 North Main, Suite 1600
Wichita, Kansas 67212
(316) 267-0331
jmmorris@klendalaw.com

By: ____/s/ *J. Michael Morris*_____
    J. Michael Morris #09292
    Attorney for the Trustee

23E0452.DOC