# United States Bankruptcy Court
District of Kansas

In re: Jordan and Courtney Thurman     **Debtors**

Case No. 15-10580
Chapter 7

J. Michael Morris, Trustee,     **Plaintiff**

Adversary Proceeding No. 15-5068

HSBC Bank of Nevada, N.A.,
Pittsburg Yamaha,
Capital One/Yamaha,
Cavalry SPV 1, LLC,     **Defendants.**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the amended complaint within 35 days.

> Address of Clerk
> U.S. Bankruptcy Court
> U.S. Courthouse, 401 N. Market, Room 167
> Wichita, Kansas 67202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorneys
> J. Michael Morris #09292
> Klenda, Mitchell, Austerman & Zuercher, L.L.C.
> 301 North Main, Suite 1600
> Wichita, Kansas 67202-4888

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE AMENDED COMPLAINT.**

David D. Zimmerman
*Clerk of the Bankruptcy Court*

July 28, 2015     By: s/ Annette M. Albright
*Date*     *Deputy Clerk*



23E0852.DOC

## CERTIFICATE OF SERVICE

I, Kandance R. Sharp, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the amended complaint was made July 29, 2015 by:

☒ Mail service: Certified mail, return receipt requested to:
President
HSBC Bank Nevada, NA
P.O. Box 660070
Sacramento, CA 95866-0070

Certified Article Number
9414 7266 9904 2013 6069 08
SENDERS RECORD

By U.S. mail, properly addressed and postage prepaid to:

President
Pittsburg Yamaha
2817 N. Broadway St.
Pittsburg, KS 66762

Capital One/Yamaha
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Services, LLC
c/o Corporation Service Company
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

Capital One Equipment Finance Corp.
c/o Corporation Service Company
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

Cavalry SPV 1, LLC
c/o Bass & Associates
3936 E. Ford Lowell Rd.
Tucson, AZ 85712-1083

Cavalry SPV 1, LLC
c/o Kansas Secretary of State
Memorial Hall, 1st Floor
120 SW 10th Avenue
Topeka, KS 66612-1594

Cavalry Portfolio Services
500 Summit Lake Drive
Valhalla, NY 10595

Courtesy copies to:
Manager
Bass & Associates
3936 E. Ford Lowell Rd.
Tucson, AZ 85712-1083

Brian W. Hockett
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
*Counsel for HSBC Bank Nevada, NA*

☒ Under penalty of perjury, I declare that the foregoing is true and correct.

_____7-29-15_____  _____Kandance Sharp_____
Date                   Signature

| Print Name | | |
|---|---|---|
| Kandance R. Sharp | | |
| Business Address | | |
| 301 North Main, Suite 1600 | | |
| City | State | Zip |
| Wichita | Kansas | 67202-4888 |

23E0852.DOC